# Renée Heller
## Attorney at Law

14077 Cedar Road, Suite 101 • Cleveland, Ohio 44118
Tel: (216) 691-0404 • Fax: (216) 291-2970 • Email: rhlegal@aol.com

June 5, 2019

Charles and Ann Vincent
27487 Seneca Drive
Westlake, OH 44145

    Re:    Chapter 13 Bankruptcy
            Case No. 19-10945

**FOR LEGAL SERVICES RENDERED**

| Date | Description | Hours |
|---|---|---|
| 11-13-18 | Initial consultation w/clients for bankruptcy. (Library) | 1.5 |
| 11-15-18 | Review documents and credit reports from client. | 1.0 |
| | Begin preparation of petition and schedules. | 1.0 |
| 11-16-18 | T/c client re outstanding documents. (Tax return, current income info, life ins info, additional creditors) | .25 |
| 12-7-18 | Meeting w/clients to discuss Chapter 13 bankruptcy. | 1.0 |
| | Review additional documents from client. | .25 |
| | Update petition and schedules. | .5 |
| 1-7-19 | Meeting w/clients to review information and further discuss bankruptcy. (Still need all income and life ins info) | 1.0 |
| 1-16-19 | T/c client re outstanding documents and questions. | .25 |
| 2-12-194 | Review documents from client. | .25 |
| | Prepare Rights and Responsibilities, Bank Order, Plan and update petition and schedules. | .75 |
| 2-25-19 | Office meeting w/client for review and signature. File case (Petition and schedules, income info, Plan, Rights, Declaration). | 1.5 |
| 2-25-19 | Tax return scanned and uploaded to Trustee. | .25 |
| 2-26-19 | Prepare and file Amended Rights and Resp. | .25 |
| 2-27-19 | Certificate of Svc prepared and filed. | .1 |
| 3-01-19 | Review Notice of Meting of Creditors. T/c client re date. | .1 |
| 4-10-19 | Attend Meeting of Creditors. (Plus travel) | 1.5 |
| 4-12-19 | Review Trustee's Objection to Confirmation. T/c client re issues. | .5 |
| 4-17-19 | Review Trustee's Objection to Exemptions. T/c client re issues. | .35 |

| Date | Description | Hours |
|---|---|---|
| 4-17-19 | Bank statements and life ins reviewed. Spreadsheet prepared. | .75 |
| 4-18-19 | Numerous documents scanned and uploaded to Trustee. (Failed) | .5 |
| | Docs resent. | .2 |
| 4-20-19 | Bank statements scanned and uploaded to Trustee. (Failed) | .2 |
| | Bank statements resent. | .1 |
| 4-22-19 | Amend spreadsheet and upload to Trustee. | .35 |
| 4-26-19 | Documents uploaded to Trustee. | .2 |
| 5-06-19 | T/c clients re amending plan and terms. | .35 |
| | Prepare and file modified plan, motion, notice and cert of svc. | .5 |
| 5-7-19 | Review Trustee's objection. | .1 |
| | Prepare and file withdraw motion and notice. | .25 |
| | Prepare and file modified plan, motion, notice and cert of svc. | .5 |
| 5-14-19 | Review Order re exemptions. | .1 |
| 6-6-19 | Court appearance. (Anticipated) | .75 |

```
TOTAL HOURS:            16.3
TOTAL HOURS BILLED:     10.00
     @ $300.00/hr                    $   3000.00
COSTS: filing fee                    $    310.00
CREDIT: (retainer)                  ($  1,235.00)
```

**TOTAL AMOUNT DUE**                 **$  2,075.00**